IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40028
Summary Calendar
_____

UNITED STATES OF AMERICA

                                        Plaintiff-Appellee,

versus

SHANNON CARROLL,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-23
- - - - - - - - - -
July 5, 1996
Before DAVIS, BARKSDALE and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Shannon Carroll appeals his sentence following a guilty plea
for possession with intent to distribute cocaine.  Carroll argues
that the district clearly erred in making the factual
determinations that he possessed firearms during the commission
of the offense and that he exercised a leadership role in the
offense.

_____

     [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

Several firearms were found in Carroll's residence which was also where Carroll stored cocaine and where he received telephone calls regarding drug transactions.  This is a sufficient nexus to allow the firearm adjustment.  <u>United States v. Mergerson</u>, 4 F.2d 337, 350 (5th Cir. 1993), <u>cert. denied</u> 114 S. Ct. 1310 (1994).  Carroll employed at least one other person, and more likely two people, during his course of conduct.  All Carroll's relevant conduct, and not just the transaction at issue, was pertinent to this leadership adjustment.  <u>See</u> U.S.S.G. § 3B1.1, intro. comment.  The district court did not clearly err in its sentencing findings.

AFFIRMED.